# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**WILLIAM D. CAMPBELL,**
　　　　　**Plaintiff,**

　　　　vs.　　　　　　　　　　　　　　　　　　　　　　　　　Case Number: **08-2045**

**CSX TRANSPORTATION, INC.,**
　　　　　**Defendant.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

ENTER this 21st day of May, 2009.

s/Pamela E. Robinson

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
BY:  DEPUTY CLERK